UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHANNON CARTER,

Plaintiff

v.

WILLIAM REUBART,

Defendant

Case No. 2:19-cv-00402-GMN-BNW

ORDER

**I.  DISCUSSION**

Plaintiff seeks an extension of time until April 30, 2020 to file his first amended complaint.  (ECF No. 10 at 1.)  The Court grants the motion for an extension of time.  Plaintiff shall file his first amended complaint on or before April 30, 2020.  If Plaintiff fails to file a timely first amended complaint, this action will be dismissed with prejudice for failure to state a claim.  (*See* ECF No. 8 at 7.)

**II.  CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 10) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before April 30, 2020.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action will be dismissed with prejudice for failure to state a claim.

DATED THIS 26th day of March 2020.

_____
UNITED STATES MAGISTRATE JUDGE